No. 1417, Misc. BAKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1430, Misc. WAGNER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1433, Misc. WILLIAMSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1435, Misc. URBANO v. NEWS SYNDICATE Co., INC. C. A. 2d Cir. Certiorari denied. *James W. Rodgers* for respondent.

No. 1437, Misc. TAYLOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Phylis Skloot Bamberger* and *William E. Hellerstein* for petitioner. *Solicitor General Griswold* for the United States.

No. 1440, Misc. GARY v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied. *John W. Castles III* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Stephen P. Seligman,* Deputy Assistant Attorney General, for respondent.

No. 1490, Misc. CALE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.